# EXHIBIT 1

# EXHIBIT 1

 **CT Corporation**

**Service of Process Transmittal**
06/15/2017
CT Log Number 531411321

**TO:** Diane Barnes
CenturyLink, Inc. (Denver)
1801 California St Ste 900
Denver, CO 80202-2609

**RE:** **Process Served in Arizona**

**FOR:** CenturyLink Communications, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Heidi Heiser, etc. for herself and as representative of the class of all those similarly situated, Pltf. vs. CenturyLink, Inc., doing business in Arizona as CenturyLink Communications, LLC, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2017008928 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - October, 2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/15/2017 at 14:49 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | William A. Rochards<br>Baskin Richards PLC<br>2901 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012<br>602-812-7979 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/15/2017, Expected Purge Date: 06/20/2017<br><br>Image SOP<br><br>Email Notification,  Diane Barnes  Diane.Barnes@centurylink.com<br><br>Email Notification,  Craig Carter  Craig.Carter@CenturyLink.com<br><br>Email Notification,  Art Walker  arthur.walker@centurylink.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>3800 N Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>602-248-1145 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EH
2:44pm
6-15-17

1

2   **BASKIN RICHARDS PLC**

3   2901 N. Central Avenue, Suite 1150
    Phoenix, Arizona 85012

4   Telephone No. 602-812-7979
    Facsimile No. 602-595-7800

5   E-mail:  brichards@baskinrichards.com

6            lross@baskinrichards.com
             amiller@baskinrichards.com

7   William A. Richards #013381

8   Leslie Ross, #027207
    Austin J. Miller, #033322

9   *Attorney for Plaintiffs*

10          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

11              **IN AND FOR THE COUNTY OF MARICOPA**

12  HEIDI HEISER, an individual, for herself       Case No. CV 2017-008928
    and as representative of a class of all those
13  similarly situated                             **SUMMONS**

14                              Plaintiff,

15  v.

16                                                 ...ould like legal advice from a lawyer,
    CENTURYLINK, INC. doing business in            ..... a the Lawyer Referral Service at
17  Arizona as CENTURYLINK                                       602-257-4434
    COMMUNICATIONS, LLC and                                           or
18  CENTURYLINK SALES SOLUTIONS,                              www.maricopalawyers.org
    INC.; GREEN AND WHITE                                      Sponsored by the
19  CORPORATIONS I-X; JOHN AND JANE                   Maricopa County Bar Association
20  DOES I-XX, individuals,

21
                              Defendants.
22

23      **THE STATE OF ARIZONA TO THE DEFENDANT:**

24
        CenturyLink, Inc. d/b/a CenturyLink Communications, LLC and
25      CenturyLink Sales Solutions, Inc.

26      c/o CT Corporation System
        3800 N. Central Avenue, Suite 460
27      Phoenix, AZ 85012

28

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona  85012
Telephone 602-812-7979
Facsimile 602-595-7800

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona — whether by direct service, by registered or certified mail, or by publication — you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc. 4; A.R.S. §§ 20-222, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief requested in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorney. Ariz. R. Civ. Proc. 5 and 10(d); A.R.S. § 12-311.

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST THREE (3) WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

SIGNED AND SEALED this date:_____

Clerk                           COPY

                                JUN 1 5 2017

By_____

Deputy Clerk            MICHAEL K. JEANES, CLERK
                        Y. BARRAZA
                        DEPUTY CLERK

2

 CT Corporation

**Service of Process Transmittal**
06/15/2017
CT Log Number 531411516

TO:     Diane Barnes
        CenturyLink, Inc. (Denver)
        1801 California St Ste 900
        Denver, CO 80202-2609

RE:     **Process Served in Arizona**

FOR:    CenturyLink Sales Solutions, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Heidi Heiser, etc., for herself and as personal representative of a class of those Similarly Situated, Pltf. vs. CenturyLink, Inc., etc., et al., Dfts. // To: CenturyLink Sales Solutions, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Sheet(s), Complaint, Certificate |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2017008928 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/15/2017 at 14:49 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | William A. Richards<br>Baskin Richards PLC<br>2901 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012<br>602-812-7979 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/15/2017, Expected Purge Date: 06/20/2017<br><br>Image SOP<br><br>Email Notification, Diane Barnes  Diane.Barnes@centurylink.com<br><br>Email Notification, Craig Carter  Craig.Carter@centurylink.com<br><br>Email Notification, Art Walker  arthur.walker@centurylink.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | C T Corporation System<br>3800 N Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>602-248-1451 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EH
2:44 PM
6-15-17



1

2  **BASKIN RICHARDS PLC**
3  2901 N. Central Avenue, Suite 1150
   Phoenix, Arizona 85012
4  Telephone No. 602-812-7979
   Facsimile No. 602-595-7800
5  E-mail: brichards@baskinrichards.com
            lross@baskinrichards.com
6            amiller@baskinrichards.com
7  William A. Richards #013381
   Leslie Ross, #027207
8  Austin J. Miller, #033322
9  *Attorney for Plaintiffs*

10           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11             IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| 12 HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated | Case No.   CV 2017-008928 |
| 13 | |
| 14 | SUMMONS |
|    Plaintiff, | |
| 15 | If you would like legal advice from a lawyer, contact the Lawyer Referral Service at |
| 16 v. | 602-257-4434 |
| 17 CENTURYLINK, INC. doing business in Arizona as CENTURYLINK | or |
| 18 COMMUNICATIONS, LLC and CENTURYLINK SALES SOLUTIONS, | www.maricopalawyers.org Sponsored by the |
| 19 INC.; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE | Maricopa County Bar Association |
| 20 DOES I-XX, individuals, | |
| 21 | |
| 22          Defendants. | |

23  **THE STATE OF ARIZONA TO THE DEFENDANT:**
24
25     CenturyLink, Inc. d/b/a CenturyLink Communications, LLC and
       CenturyLink Sales Solutions, Inc.
26     c/o CT Corporation System
       3800 N. Central Avenue, Suite 460
27     Phoenix, AZ 85012
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona — whether by direct service, by registered or certified mail, or by publication — you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc. 4; A.R.S. §§ 20-222, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief requested in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorney. Ariz. R. Civ. Proc. 5 and 10(d); A.R.S. § 12-311.

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST THREE (3) WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

SIGNED AND SEALED this date:___JUN 1 4 2017___

Clerk   MICHAEL K. JEANES, CLERK



By_____

Deputy Clerk

J. Lewis
Deputy Clerk

2

**EXHIBIT 2**

**EXHIBIT 2**

**In the Superior Court of the State of Arizona**
**In and For the County of** Maricopa

Case Number ~~CV 2017-008928~~

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney William A. Richards / Leslie Ross

Attorney Bar Number 013381 / 027207

Is Interpreter Needed? ☐ Yes ☒ No
If yes, what language:

**COPY**

JUN 1 4 2017

MICHAEL K. JEANES, CLERK
J. LEWIS
DEPUTY CLERK

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|

Heidi Heiser c/o Baskin Richards, 2901 N. Central Ave., Ste. 1150, Phoenix, AZ 85012, 602-812-7979, brichards@baskinrichards.com

lross@baskinrichards.com

(List additional plaintiffs on page two and/or attach a separate sheet).

**Defendant's Name(s): (List All)** CenturyLink, Inc. doing business in Arizona as CenturyLink Communications, LLC and CenturyLink Sales Solutions, Inc.

(List additional defendants on page two and/or attach a separate sheet)

**EMERGENCY ORDER SOUGHT:** ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC

☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____ (Specify)

☐ **RULE 8(h) COMPLEX LITIGATION APPLIES.** Rule 8(h) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. **Please review Rule 8.1 for a complete list of the criteria.** See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category.** The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐101 Non-Death/Personal Injury
☐102 Property Damage
☐103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐111 Negligence
☐112 Product Liability – Asbestos
☐112 Product Liability – Tobacco
☐112 Product Liability – Toxic/Other
☐113 Intentional Tort

☐114 Property Damage
☐115 Legal Malpractice
☐115 Malpractice – Other professional
☐117 Premises Liability
☐118 Slander/Libel/Defamation
☐116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐121 Physician M.D.   ☐123 Hospital
☐122 Physician D.O   ☐124 Other

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV10f – 120116

Case No._____

## 130 CONTRACTS:

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
      ☐ 136 Six to Nineteen Structures
      ☐ 137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
    (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
    (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
    (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax
    Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
    (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☒ 185 Employment Dispute-Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
           (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(h) ARCP

**Additional Plaintiff(s)**

_____

_____

**Additional Defendant(s)**

_____

_____

©Superior Court of Arizona In Maricopa County
ALL RIGHTS RESERVED
CV10f - 120116

**EXHIBIT 3**

**EXHIBIT 3**

MICHAEL K. JEANES
Clerk of the Superior Court
By Joan Lewis, Deputy
Date 06/14/2017 Time 14:55:12
Description                    Amount
———— CASE# CV2017-008928 ————
CIVIL NEW COMPLAINT            319.00

TOTAL AMOUNT                   319.00
            Receipt# 25996389

**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsimile No. 602-595-7800
E-mail:  brichards@baskinrichards.com
        lross@baskinrichards.com
        amiller@baskinrichards.com
William A. Richards #013381
Leslie Ross, #027207
Austin J. Miller, #033322
*Attorney for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated<br><br>                      Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC. doing business in Arizona as CENTURYLINK COMMUNICATIONS, LLC and CENTURYLINK SALES SOLUTIONS, INC.; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE DOES I-XX, individuals,<br><br>                      Defendants. | Case No.  CV 2017-008928<br><br>**COMPLAINT**<br><br>(Jury Trial Requested) |

For their Complaint against CenturyLink, Inc. doing business in Arizona as CenturyLink Communications, LLC and CenturyLink Sales Solutions, Inc.; as well as Green and White Corporations I-X; and John and Jane Does I-XX, Plaintiff Heidi Heiser, for herself and on behalf of all others similarly situated, alleges as follows:

### PARTIES AND JURISDICTION

1.     Plaintiff Heidi Heiser is a resident of the State of Arizona who lives in Gilbert, Arizona.

2.       Defendant CenturyLink, Inc. is a Louisiana corporation doing business in the State of Arizona as CenturyLink Communications, LLC and CenturyLink Sales Solutions, Inc. (collectively "CenturyLink"). At all material times CenturyLink has maintained legal authority to transact business in this State, has maintained operations throughout the State of Arizona, including in Maricopa County, and has transacted business throughout Arizona, including in Maricopa County. The actions and omissions of CenturyLink from which the Plaintiff's claims arise include actions occurring in the State of Arizona, Maricopa County.

3.       On information and belief, CenturyLink is a large corporate provider of phone and data transmission services, including telephone, high speed internet and television services to residential and commercial consumers in Arizona and throughout many other parts of the United States.

4.       Defendants Green and White Corporations are, on information and belief, corporate or business entities or groups whose actions or omissions give rise to or have caused harms that are the subject of the claims in this action, or whose actions or omissions form a part of a combination or conspiracy that has resulted in the harms claimed in this Complaint, and who are also therefore liable to Plaintiff, but whose identities are not yet known to the Plaintiffs. The Plaintiff hereby reserves the right to substitute for each such Defendant the true names of each such person whose true name is identified through discovery in this matter or otherwise.

5.       Defendants John and Jane Does I-XX are, on information and belief, persons whose actions or omissions give rise to or have caused harms claimed in this Complaint, or whose actions or omissions form a part of a combination or conspiracy that has resulted in the harms claimed in this Complaint, and who are also therefore liable to Plaintiff, but whose identities are not yet known to the Plaintiff. The Plaintiff hereby reserves the right to substitute for each such Defendant the true names of each such person whose true name is identified through discovery in this matter or otherwise.

6.       Events that form the basis for the claims made here have occurred within Maricopa County, Arizona. Thus, this court has jurisdiction pursuant to Article 6, Section 14 of the Arizona Constitution and A.R.S. § 12-123, and venue is proper in Maricopa County,

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

2

Arizona pursuant to A.R.S. § 12-401. This Court has jurisdiction to maintain this action as a class action on behalf of all similarly situated individuals pursuant to Rule 23, Ariz.R.Civ.P.

## FACTUAL ALLEGATIONS

7.     In August of 2015, Plaintiff Heidi Heiser began working for Defendant CenturyLink as a customer service and sales agent.

8.     CenturyLink provides phone, internet, and television services throughout the United States.

9.     Under her employment with Defendant, Ms. Heiser worked from home, and would be forwarded phone calls from customers using lines and equipment provided by CenturyLink.

10.     Until she was terminated from her job with CenturyLink for whistleblowing activities in October, 2016, Ms. Heiser was a good and valued employee of CenturyLink. She received very favorable performance reviews, and until her termination had not been told that her performance was inadequate, needed to be improved or justified any sort of discipline or correction, let alone termination.

11.     As part of her job for CenturyLink, Ms. Heiser would have calls with customers and help the customers resolve issues with their CenturyLink service and billing. She also had some sales functions as a part of her job.

12.     Ms. Heiser was one of perhaps hundreds of similarly employed customer service and sales agents of CenturyLink, each of which had similar job functions and responsibilities.

13.     About four or five months into her employment, Ms. Heiser realized through information CenturyLink customers were telling her, and her review of data about such customers' accounts on the CenturyLink customer account system, that multiple CenturyLink customers were being designated as having additional accounts that they informed Ms. Heiser they did not request or approve.

14.     Ms. Heiser was aware of CenturyLink's performance expectations and incentive programs for sales agents like her and other related employees. Those expectations and incentive programs rewarded CenturyLink employees, in part, based upon the number of lines

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7799
Facsimile 602-595-7800

3

or services sold to customers, the upselling of services to existing customers, and the growth of the service base at CenturyLink.

15.     Ms. Heiser learned from her work that the system and practices used by CenturyLink with its sales and other agents allowed persons who had a personal incentive to add services or lines to customer accounts to falsely indicate on the CenturyLink system the approval by a customer of new lines or services, which would then inure to the direct or indirect benefit of such CenturyLink agents or their superiors.   On information and belief, at times the internal indications of additional lines or services may have not been apparent to the customers, though it served the financial and job incentives of CenturyLink employees, and could increase the revenues of CenturyLink.

16.     On information and belief, sometimes the additional lines or services resulted in additional charges not authorized by the customer.  Also on information and belief, they sometimes also resulted in customers being assigned, designated for, and even sometimes billed for services they did not know about and could not access.   On information and belief, CenturyLink was the direct beneficiary of those unauthorized charges and the payments of them.

17.     At about the same time Ms. Heiser was becoming concerned with rampant assignment of unauthorized services or lines to CenturyLink customers, news broke about a similar scandal at Wells Fargo Bank in which, due to corporate incentive policies and practices, Wells Fargo Bank employees were regularly engaging in adding false accounts or services to customer relationships.

18.     Ms. Heiser recognized frightening parallels between the Wells Fargo Bank scandal and what she saw happening at CenturyLink.

19.     Ms. Heiser further learned through her employment with CenturyLink that despite the proliferation of customer complaints about the addition of unauthorized lines or services, CenturyLink's policy was generally to inform the complaining customer that CenturyLink's system indicated the customer had approved the service and that it was really the customer's word against CenturyLink's, and to therefore demand payment for any such

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

4

extra services through the date of the complaint, and to only rectify the problem on a going-forward basis.

20.    Ms. Heiser understood and believes that CenturyLink managers and quality control personnel monitored phone calls of service agents like her and because the customer complaints related to unauthorized services and charges were so prolific, CenturyLink managers were well aware of the same issues being discovered by Ms. Heiser.

21.    Nevertheless, at no time did anyone at CenturyLink inform Ms. Heiser or, to her knowledge, any other customer service or sales agents that they were to cease assigning unauthorized lines or services to customer accounts, or that they should report any instances of such actions to any personnel of CenturyLink, or that there were any policies being enacted or practices implemented to ensure that unauthorized charges were cancelled and that customers who had paid such charges were reimbursed.

22.    It appeared clear to Ms. Heiser, therefore, that CenturyLink management had not only created the workplace incentives, sales practices, and lack of oversight that encouraged the fraudulent assignment of unauthorized lines or services, and related charges, to customer accounts, but they were knowingly and intentionally ignoring the customer complaints about such practices and enforcing policies that allowed CenturyLink to keep payments received on unauthorized charges and to encourage more such payments.

23.    Given the size of CenturyLink's customer base, and the number of customers Ms. Heiser personally observed over a substantial period of time experiencing the addition of unauthorized lines or services and the unauthorized billing for such services, Ms. Heiser believes that CenturyLink may have billed for, and even collected, many millions of dollars in unauthorized service fees from customers in the past two years.

24.    As a result of the repeated incidences in which CenturyLink customers informed her they had not approved or requested services that were assigned and at times being billed to them by CenturyLink, Ms. Heiser became concerned that agents or CenturyLink might be engaged in routinely adding services or lines to customer accounts without the customer's request or permission, and that such practices were promoted by policies and practices of

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

5

CenturyLink and were not being monitored and properly addressed by CenturyLink management.

25. Ms. Heiser personally alerted employees of CenturyLink within her employment chain of command about her concerns that other CenturyLink employees were adding unauthorized services or lines to customer accounts and that CenturyLink was then wrongfully billing some customers for unauthorized services.

26. For example, Ms. Heiser brought her concerns to the attention of Christine Wells, her supervisor; Denise Medina, a supervisor for virtual customer service agents, and Michael Del Campo, Customer Sales and Care Supervisor.

27. Upon information and belief, Ms. Heiser was told in response to her complaints to stay positive and not to mention her concerns again.

28. At no time prior to terminating Ms. Heiser's employment did anyone from CenturyLink, to Ms. Heiser's knowledge, take action in response to the notice she was providing to CenturyLink management to stop or remedy the fraudulent and wrongful practices of adding unauthorized lines or services to CenturyLink customer accounts and billing customers for unauthorized services.

29. In addition to her direct experience interacting with CenturyLink customers and their accounts, Ms. Heiser has conducted internet research in which she has found a significant amount of public discussion by people purporting to be CenturyLink customers about unauthorized assignment of services or charges for unauthorized items. Some of the posters even indicated a desire to sue CenturyLink for such practices.

30. Also, in May of 2016, Ms. Heiser began experiencing malfunctions to the CenturyLink system that forwarded customer calls to her home.

31. As a result of the malfunctioning system, calls between Ms. Heiser and customers would be dropped.

32. The technical problems caused by CenturyLink's malfunctioning system was very frustrating to Ms. Heiser. Ms. Heiser sent approximately fifty emails to officials of Defendant concerning these technical issues.

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

33.     However, Defendant never resolved Ms. Heiser's technical issues.

34.     Defendant also did not indicate to Ms. Heiser that it thought the technical issues were her fault or that they reflected negatively on her job performance in any way.

35.     In October of 2016, Defendant held an online question and answer session with its CEO, Glenn Post, that allowed company employees including Ms. Heiser to post questions to an online message board for review by CEO Post.

36.     Prior to that session, Ms. Heiser had not received information indicating that her expressed concerns with unauthorized assignment of services or lines to customer accounts were being taken seriously or addressed by anyone at CenturyLink.  Out of concern for CenturyLink customers and concern that CenturyLink practices were allowing the perpetration of a massive fraud on customers, during the question and answer session Ms. Heiser posted a question on-line asking the CenturyLink CEO why customers were being given multiple accounts and being billed for things they did not ask for.  Thus, Ms. Heiser made the highest levels of management at CenturyLink aware of her concerns. A minimal further investigation into her complaint would have revealed the numerous other times she raised these same concerns with fraud being perpetrated against CenturyLink customers and the financial gain being obtained by CenturyLink.

37.     On information and belief, Defendant took down Ms. Heiser's question from the message board shortly after she had posted it.  She never received any answer from the CenturyLink CEO or any other CenturyLink officer or manager.

38.     Instead, two days after the question and answer session, Ms. Heiser was informed in a surprise phone call that she was being suspended from her employment with Defendant because she had been allegedly hanging up on customers.

39.     CenturyLink knew that Ms. Heiser had not been hanging up on customers.  This was a pretext for CenturyLink's decision to terminate a whistleblower who had dared to publicly confront the company, including its CEO, with concerns that CenturyLink agents were wrongfully assigning lines or services to customers without authorization, who had brought the problem to the attention of other CenturyLink officials, and who was still in a position to access

7

information evidencing the pattern of unauthorized account activity.

40.     In fact, CenturyLink officials actually shut down Ms. Heiser's access to the CenturyLink e-mail system so that she could not regain access to her many relevant messages to CenturyLink officials as they were telling her she was being fired.

41.     The actions and omissions that Ms. Heiser complained about to CenturyLink management constitute consumer fraud under A.R.S. § 44-1521, *et seq*.  They included fraudulent and deceptive practices in connection with the sale or advertisement of "merchandise" as defined in A.R.S. § 44-1521, including without limitation the phone, internet, and television services of CenturyLink, Inc., and even included false representations to customers about the company's belief that they had authorized the lines and services complained about.

42.     The actions and omissions that Ms. Heiser complained about to CenturyLink management constitute a fraudulent scheme or artifice made unlawful in Arizona under A.R.S. § 13-2310. The victims of the fraudulent scheme or artifice was consumers who were customers of CenturyLink.  On information and belief, the fraudulent practices resulted in substantial financial gains for CenturyLink.

43.     On information and belief, the actions and omissions Ms. Heiser complained about to CenturyLink management may also constitute other forms of unlawful fraudulent or otherwise wrongful conduct under Arizona and federal law, including without limitation theft and theft by conversion (A.R.S. § 13-1802), identity theft (A.R.S. § 13-2008), illegal control of or conducting of an enterprise (A.R.S. § 13-2301, *et seq*), wire fraud, or mail fraud.

44.     On information and belief, the actions and omissions Ms. Heiser complained about and that were unlawful under Arizona and federal law have resulted in financial or other harms to consumer customers of CenturyLink.

45.     On information and belief, the actions and omissions Ms. Heiser complained about and that were unlawful under Arizona and federal law have resulted in substantial financial gains for CenturyLink.

46.     Ms. Heiser had performed her job fully and satisfactorily and there was no ground

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

8

to fire her other than the desire to retaliate against her whistleblowing activity, to intimidate and silence her and others from further whistleblowing activities, and to create a false record or perception about Ms. Heiser to use in countering any future whistleblowing activities.

<strong><u>COUNT I</u></strong>

<strong><u>WRONGFUL TERMINATION</u></strong>

47.     Plaintiff restates each and every allegation set forth in the foregoing paragraphs of this Complaint with the same force and effect as if more fully set forth herein.

48.     Defendant terminated Ms. Heiser because she raised concerns about a fraudulent and improper business practice that was widespread in Defendant's company.

49.     It is against public policy of the State of Arizona to terminate an employee in retaliation for reporting violations of the Constitution of Arizona or statutes of the State of Arizona or the United States to the employer or a representative of the employer who the employee reasonably believes is in a managerial or supervisory position and has the authority to investigate the information provided by the employee and to take action to prevent further violations.

50.     Ms. Heiser reported the creation of fraudulent accounts to the Chief Executive Officer of CenturyLink, Inc., Glen Post, during an online employee forum. She reported similar concerns to other management personnel at CenturyLink.

51.     On information and belief, Chief Executive Officer of CenturyLink, Inc. is a managerial or supervisory position, and carries with it the authority to investigate such information provided by employees and to take action to remedy the issues and prevent further violations. Similarly, the management positions of the other persons Ms. Heiser informed of the unauthorized account activities had duties to investigate and take actions to remedy the issues and prevent further violations.

52.     Dismissing employees for reporting violations of the statutes and laws of the State of Arizona and the United States jeopardizes the public policy of this state because it discourages future employees from reporting violations.

53.     On information and belief, Defendant CenturyLink terminated Ms. Heiser

9

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

because Defendant wanted to suppress Ms. Heiser's concerns and not want to risk them being revealed to others or did not want the problems Ms. Heiser reported to be solved, since fraudulent account creation helped to increase Defendant's revenues.

54. Defendant had no legitimate business justification for terminating Ms. Heiser's employment.

55. Defendant's stated reason for terminating Ms. Heiser, because she was hanging up on customers, is unjustified because Ms. Heiser's issue with dropped calls was due to technical issues that she had made Defendant well aware of, yet Defendant did not fix. This excuse was a pretext for unlawful action intended to cover up wrongdoing by CenturyLink.

56. Plaintiff Heiser was damaged as a result of CenturyLink's wrongful conduct and termination of her employment. She has lost wages and income, and has suffered severe and pervasive emotional harm and suffering.

57. Plaintiff Heiser is entitled to recover all damages caused to her as a result of Defendant CenturyLink's wrongful conduct in violation of her rights.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court enter final judgment in favor of the Plaintiff and against the Defendants on the following terms:

A. Awarding Plaintiff her actual, compensatory, consequential and incidental damages resulting from Defendants' actions as alleged herein in amounts to be proven at trial;

B. Awarding punitive and/or exemplary damages in an amount sufficient to punish Defendant and to deter others similarly situated from similar future conduct;

C. Awarding Plaintiff interest on all amounts awarded at the highest rates and from the earliest dates allowed by law;

D. Awarding Plaintiff her reasonable attorneys' fees, pursuant to A.R.S. § 12-341.01 or as otherwise allowed by law;

E. Awarding Plaintiff taxable costs pursuant to A.R.S. § 12-341, or as otherwise allowed by law; and

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

F.     Awarding Plaintiff all such other and further relief, at law or in equity, that the Court deems just and proper.

## JURY DEMAND

Plaintiffs demand trial by jury for all of the issues a jury properly may decide, and for all of the requested relief that a jury may award.

RESPECTFULLY SUBMITTED this 14th day of June, 2017.

BASKIN RICHARDS PLC


William A. Richards
Leslie Ross
Austin J. Miller
2901 N. Central Avenue, Suite 1150
Phoenix, AZ  85012

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

11

**EXHIBIT 4**

**EXHIBIT 4**



JUN **1 4** 2017

MICHAEL K. JEANES, CLERK
J. LEWIS
DEPUTY CLERK

1

2  **BASKIN RICHARDS PLC**

3  2901 N. Central Avenue, Suite 1150
   Phoenix, Arizona 85012

4  Telephone No. 602-812-7979
   Facsímile No. 602-595-7800

5  E-mail:  brichards@baskinrichards.com

6           lross@baskinrichards.com
          amiller@baskinrichards.com

7  William A. Richards #013381
   Leslie Ross, #027207

8  Austin J. Miller, #033322

9  *Attorney for Plaintiffs*

10        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

11           **IN AND FOR THE COUNTY OF MARICOPA**

12  HEIDI HEISER, an individual, for herself   **Case No.** CV 2 0 1 7 − 0 0 8 9 2 8
    and as representative of a class of all those
13  similarly situated                          **CERTIFICATE OF COMPULSORY**
                                                **ARBITRATION**
14                              Plaintiff,

15  v.

16  CENTURYLINK, INC. doing business in
17  Arizona as CENTURYLINK
    COMMUNICATIONS, LLC and
18  CENTURYLINK SALES SOLUTIONS,
    INC.; GREEN AND WHITE
19  CORPORATIONS I-X; JOHN AND JANE
20  DOES I-XX, individuals,

21
                               Defendants.
22

23        The undersigned certifies that the largest award sought by the Plaintiff, including

24  punitive damages, but excluding interest, attorneys' fees and costs, exceeds limits set by Local

25  Rules for compulsory arbitration. This case is not subject to the Uniform Rules of Procedure

26  for Arbitration.

27  ...

28  ...

    ...

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPECTFULLY SUBMITTED this 14th day of June, 2017.

BASKIN RICHARDS PLC

William A. Richards
Leslie Ross
Austin J. Miller
2901 N. Central Avenue, Suite 1150
Phoenix, AZ  85012

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona  85012
Telephone 602-812-7979
Facsimile 602-595-7800

**EXHIBIT 5**

**EXHIBIT 5**

MICHAEL K. JEANES, Clerk

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| BASKIN RICHARDS, PLC<br>William A. Richards (013381)<br>2901 NORTH CENTRAL AVENUE SUITE 1150<br>PHOENIX , AZ 85012 | | MICHAEL K. JEANES, CLERK<br>RECEIVED OCH<br>DOCUMENT DEPOSITORY<br><br>2017 JUN 19  PM 12: 46 |
| Telephone No: (602) 812-7979 | | |
| Attorney For: Plaintiff | Ref. No. or File No.: Heiser/LR | FILED BY C. CARABAJAL |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| MARICOPA COUNTY SUPERIOR COURT |

| Plaintiff: Heidi Heiser |
|---|
| Defendant: CenturyLink, Inc., et al |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2017-008928 |
|---|---|---|---|---|

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   Summons; Complaint; Civil Case Cover Sheet; Certificate of Compulsory Arbitration

3. *a.  Party served:*     CenturyLink, Inc. doing business in Arizona as CenturyLink Communications, LLC
   *b.  Person served:*   Jaquelynn O'Campo, Clerk for CT Corporation as Statutory Agent

4. *Address where the party was served:*   3800 N Central Avenue Suite 460, Phoenix, AZ 85012

5. *I served the party:*
   a. **by substituted service.**   On: Thu, Jun 15 2017 at: 02:49 PM by leaving the copies with or in the presence of:
   Jaquelynn O'Campo, Clerk for CT Corporation as Statutory Agent

Service: $77.97, Mileage: $24.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $111.97

I Declare under penalty of perjury under the laws of the State of
Arizona that the foregoing is true and correct.

6. *Person Executing:*
   *a.* Eric Henningsen ;
   **b. First Legal Support Services**
   3737 North 7th. Street Suite 125
   PHOENIX, AZ 85014
   c. (602) 248-9700

6-16-17
*(Date)*

*(Signature)*

7. *STATE OF ARIZONA, COUNTY OF* Maricopa
   *Subscribed and sworn to (or affirmed) before on this* 16 *day of* June 2017 *by Eric Henningsen*
   *proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

*(Notary Signature)*

OFFICIAL SEAL<br>TRICIA DESPAIN<br>Notary Public - State of Arizona<br>MARICOPA COUNTY<br>My Comm. Expires March 8, 2019

AFFIDAVIT OF SERVICE

1483045 (577049)

FL
FIRSTLEGAL

# EXHIBIT 6

# EXHIBIT 6

| *Attorney or Party without Attorney:*<br>BASKIN RICHARDS, PLC<br>William A. Richards (013381)<br>2901 NORTH CENTRAL AVENUE SUITE 1150<br>PHOENIX , AZ 85012<br>*Telephone No:*  (602) 812-7979<br><br>*Attorney For:*  Plaintiff | *For Court Use Only*<br>MICHAEL K. JEANES, CLERK<br>MICHAEL K. JEANES, CLERK<br>RECEIVED OCH<br>DOCUMENT DEPOSITORY<br><br>2017 JUN 19  PM 12: 46<br><br>FILED BY C. CARABAJAL |
|---|---|
| *Ref. No. or File No.:*  Heiser/LR | |

*Insert name of Court, and Judicial District and Branch Court:*
MARICOPA COUNTY SUPERIOR COURT

*Plaintiff:*  Heidi Heiser
*Defendant:*  CenturyLink, Inc., et al

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV2017-008928 |
|---|---|---|---|---|

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   Summons; Complaint; Civil Case Cover Sheet; Certificate of Compulsory Arbitration

3. *a.  Party served:*  CenturyLink Sales Solutions, Inc.
   *b.  Person served:*  Jacquelynn O'Campo, Clerk for CT Corporation as Statutory Agent

4. *Address where the party was served:*  3800 N Central Avenue Suite 460, Phoenix, AZ 85012

5. *I served the party:*
   a. **by substituted service.**  On: Thu, Jun 15 2017 at: 02:49 PM by leaving the copies with or in the presence of:
   Jacquelynn O'Campo, Clerk for CT Corporation as Statutory Agent

Service: $30.00, Mileage: $0.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

I Declare under penalty of perjury under the laws of the State of
Arizona that the foregoing is true and correct.

6. *Person Executing:*
   *a.* Eric Henningsen ;
   *b.* **First Legal Support Services**
   3737 North 7th. Street Suite 125
   PHOENIX, AZ 85014
   *c.* (602) 248-9700

6-16-17
*(Date)*

*(Signature)*

7. *STATE OF ARIZONA, COUNTY OF* Maricopa
   *Subscribed and sworn to (or affirmed) before on this* 16 *day of* June 2017 *by Eric Henningsen*
   *proved to me on the basis of satisfactory evidence to be the person who appeared before me.*


OFFICIAL SEAL
TRICIA DESPAIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 8, 2019

*(Notary Signature)*

**AFFIDAVIT OF SERVICE**

1483135 (577127)

FL
FIRSTLEGAL

**EXHIBIT 7**

**EXHIBIT 7**

LAW OFFICES
SHERMAN & HOWARD L.L.C.
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Lindsay H. S. Hesketh (AZ Bar No. 031233)
(LHesketh@ShermanHoward.com)
*Attorneys for Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated, | Case No. CV2017-008928 |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND** |
| v. | (Assigned to Hon. Karen Mullins) |
| CENTURYLINK, INC., a Louisiana corporation; CENTURYLINK COMMUNICATIONS, LLC, a Delaware limited liability company; CENTURYLINK SALES SOLUTIONS, INC., a Delaware corporation; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE DOES I-XX, individuals, | |
| Defendants. | |

Responsive pleadings for Defendants served[1] on June 15, 2017 are currently due July 5, 2017. In light of scheduling conflicts, the parties collectively, by and through their undersigned counsel, hereby stipulate to and respectfully request that this Court extend the deadline to answer or otherwise respond to Plaintiff's Complaint through Friday, July 14, 2017. Good cause exists to support this stipulation, and the extension should not delay or hinder the speedy resolution of this matter. A proposed form of order is filed herewith.

//

//

---

[1] Defendants reserve all rights to contest proper service, but agree to this language for purposes of this stipulation only.

RESPECTFULLY SUBMITTED this 30th day of June, 2017.

SHERMAN & HOWARD L.L.C.

By:   */s/ Lindsay H. S. Hesketh*
      John Alan Doran
      Lori Wright Keffer
      Lindsay H. S. Hesketh
      7033 E. Greenway Pkwy, Suite 250
      Scottsdale, AZ 85254
      *Attorneys for Defendants*

BASKIN RICHARDS PLC

By:   */s/ Leslie Ross  (with permission)*
      William A. Richards
      Leslie Ross
      Austin J. Miller
      2901 N. Central Avenue, Suite 1150
      Phoenix, Arizona 85012
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

ORIGINAL electronically e-filed
this 30th day of June, 2017:

COPY of the foregoing e-mailed and sent
via U.S. mail this 30th day of June, 2017 to:

William A. Richards
Leslie Ross
Austin J. Miller
Baskin Richards PLC
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012
brichards@baskinrichards.com
lross@baskinrichards.com
amiller@baskinrichards.com
*Attorneys for Plaintiff*

 */s/ Kathryn Hardy*

45847972.1                              2

LAW OFFICES
SHERMAN & HOWARD L.L.C.
7033 EAST GREENWAY PARKWAY, SUITE 260
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Lindsay H. S. Hesketh (AZ Bar No. 031233)
(LHesketh@ShermanHoward.com)
*Attorneys for Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., a Louisiana corporation; CENTURYLINK COMMUNICATIONS, LLC, a Delaware limited liability company; CENTURYLINK SALES SOLUTIONS, INC., a Delaware corporation; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE DOES I-XX, individuals,<br><br>Defendants. | Case No. CV2017-008928<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND**<br><br>(Assigned to Hon. Karen Mullins) |

The Court having reviewed the Stipulation to Extend Time for Defendants to Answer or Otherwise Respond, and good cause appearing:

IT IS HEREBY ORDERED granting the extension. Defendants served on June 15, 2017 shall have through July 14, 2017 to file an answer or otherwise respond to Plaintiff's Complaint.

DATED this ____ day of _____, 2017.


_____
The Honorable Karen Mullins
Maricopa County Superior Court

45848116.1

## Hinkel, LoriAnn

**Subject:**                    FW: E-Filing Status: Form Set # 2248916 Filed

**From:** TurboCourt Customer Service [mailto:CustomerService@TurboCourt.com]
**Sent:** Wednesday, July 05, 2017 9:41 AM
**To:** Hesketh, Lindsay H. S.
**Subject:** E-Filing Status: Form Set # 2248916 Filed

PLEASE DO NOT REPLY TO THIS EMAIL.

Your AZTurboCourt Form Set #2248916 has been accepted and FILED at Maricopa County and is part of the official court record.

Here are your filing details:
Case Number: CV2017-008928
Case Title: Heiser Vs. Centurylink Inc
Filed By: Lindsay H Hesketh
AZTurboCourt Form Set: #2248916
Keyword/Matter #:
Filing date and time: Jun 30, 2017 1:33 PM MST



Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)


Attached Documents:
Stipulation: Stipulation to Extend Time for Defendants to Answer or Otherwise Respond
Proposed Order/Judgment (Supporting): proposed Order Granting Stipulation to Extend Time to Answer or Otherwise Respond

Fees Paid:

Total Filing Fees: $0.00
Provider Fee: $6.50
Total Amount Paid: $6.70


YOU MUST log back on to http://turbocourt.com/ to view and/or print a copy of your file stamped copy.

If you have questions about your filing, please contact AOC Support Services, phone number 602-452-3519 or 1-800-720-7743, or e-mail pasupport@courts.az.gov. Please have your AZTurboCourt Form Set # available.

1

To view the link above:
Click on the link OR
1) Highlight the website address "URL" above, then Right Click on highlighted "URL" and select Copy.
2) Open a NEW internet browser window.
3) Right Click inside the address field in the new internet browser window and select Paste.

Thank you for using TurboCourt!

# EXHIBIT 8

# EXHIBIT 8

LAW OFFICES
SHERMAN & HOWARD L.L.C.
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Lindsay H. S. Hesketh (AZ Bar No. 031233)
(LHesketh@ShermanHoward.com)
*Attorneys for Defendants*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., a Louisiana corporation; CENTURYLINK COMMUNICATIONS, LLC, a Delaware limited liability company; CENTURYLINK SALES SOLUTIONS, INC., a Delaware corporation; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE DOES I-XX, individuals,<br><br>Defendants. | Case No. CV2017-008928<br><br>**STIPULATION TO AGREE THAT THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**<br><br>(Assigned to Hon. Karen Mullins) |

The parties hereby stipulate that Plaintiff's claims asserted in her Complaint filed June 14, 2017 allege more than $75,000 in damages, exclusive of interest and costs.

RESPECTFULLY SUBMITTED this 12th day of July, 2017.

**SHERMAN & HOWARD L.L.C.**

By:  */s/ John Alan Doran*
John Alan Doran
Lori Wright Keffer
Lindsay H. S. Hesketh
7033 E. Greenway Pkwy, Suite 250
Scottsdale, AZ 85254
*Attorneys for Defendants*

Active/45906447.3

1

2
                                   **BASKIN RICHARDS PLC**

3
                        By:    */s/ Leslie Ross (with permission)*

4
                                 William A. Richards

5
                                 Leslie Ross

                                 Austin J. Miller

6
                                 2901 N. Central Avenue, Suite 1150

7
                                 Phoenix, Arizona 85012

                                 *Attorneys for Plaintiff*

8

9   **<u>CERTIFICATE OF SERVICE</u>**

10   ORIGINAL electronically e-filed
     this 12th day of July, 2017:

11

12   COPY of the foregoing e-mailed and sent
     via U.S. mail this 12th day of July, 2017 to:

13

14   William A. Richards
     Leslie Ross

15   Austin J. Miller
     Baskin Richards PLC

16   2901 N. Central Avenue, Suite 1150

17   Phoenix, AZ 85012
     brichards@baskinrichards.com

18   lross@baskinrichards.com
     amiller@baskinrichards.com

19   *Attorneys for Plaintiff*

20     */s/ Lori Hinkel*

21

22

23

24

25

26

27

28

**Hinkel, LoriAnn**

| | |
|---|---|
| **From:** | TurboCourt Customer Service <CustomerService@TurboCourt.com> |
| **Sent:** | Wednesday, July 12, 2017 3:23 PM |
| **To:** | efiling; McCue, Roxie; Hinkel, LoriAnn |
| **Subject:** | AZTurboCourt E-Filing Courtesy Notification |

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #2265061 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2017-008928 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Heiser Vs. Centurylink Inc
Filed By: John A Doran
AZTurboCourt Form Set: #2265061
Keyword/Matter #: 1907-027221.031
Delivery Date and Time: Jul 12, 2017 3:23 PM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)

Attached Documents:
Stipulation: Stipulation to Agree that the Amount in Controversy Exceeds $75,000

**EXHIBIT 9**

**EXHIBIT 9**

LAW OFFICES
SHERMAN & HOWARD L.L.C.
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Lindsay H. S. Hesketh (AZ Bar No. 031233)
(LHesketh@ShermanHoward.com)
*Attorneys for Defendants*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., a Louisiana corporation; CENTURYLINK COMMUNICATIONS, LLC, a Delaware limited liability company; CENTURYLINK SALES SOLUTIONS, INC., a Delaware corporation; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE DOES I-XX, individuals,<br><br>Defendants. | Case No. CV2017-008928<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>(Assigned to Hon. Karen Mullins) |

Notice is hereby given that Defendants CenturyLink Communications, LLC, and CenturyLink Sales Solutions, Inc. are filing a Notice of Removal of this litigation to the United States District Court for the District of Arizona on this date. A copy of the Notice of Removal (exclusive of exhibits) is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 14th day of July, 2017.

**SHERMAN & HOWARD L.L.C.**

By:  */s/John Alan Doran*

John Alan Doran
Lori Wright Keffer
Lindsay H. S. Hesketh
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
*Attorneys for Defendants*

Active/45846088.1

## CERTIFICATE OF SERVICE

ORIGINAL electronically filed
this 14th day of July 2017:

COPY of the foregoing e-mailed and mailed
this 14th day of July 2017 to:

William A. Richards
Leslie Ross
Austin J. Miller
Baskin Richards PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
(602) 812-7979
brichards@baskinrichards.com
lross@baskinrichards.com
amiller@baskinrichards.com
*Attorneys for Plaintiff*

_/s/ Lori Hinkel_

**EXHIBIT A**

**EXHIBIT A**

Active/45934448.1

LAW OFFICES
SHERMAN & HOWARD L.L.C.
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Lindsay H. S. Hesketh (AZ Bar No. 031233)
(LHesketh@ShermanHoward.com)
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., a Louisiana corporation; CENTURYLINK COMMUNICATIONS, LLC, a Delaware limited liability company; CENTURYLINK SALES SOLUTIONS, INC., a Delaware corporation; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE DOES I-XX, individuals,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b)**<br><br>(Maricopa County Superior Court Case No. CV2017-008928) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants CenturyLink Sales Solutions, Inc. ("CL Sales"), a Delaware corporation, and CenturyLink Communications, LLC, a Delaware limited liability company ("CL Communications" and collectively with CL Sales, "Defendants"), hereby remove the State Court Action defined below to this Court pursuant to 28 U.S.C. § 1441(b) based on diversity jurisdiction under 28 U.S.C. § 1332. Removal is based on the following:

Plaintiff commenced a civil action on June 14, 2017 in Maricopa County Superior Court, Case No. CV2017-008928, captioned as *Heiser v. CenturyLink, Inc., et al.* (the "State Court Action"). Defendants were both served with the Complaint in the

State Court Action on June 15, 2017.  CenturyLink, Inc. has not been served.[1]  This Notice is timely under 28 U.S.C. § 1446(b)(a).  All Defendants served in this action consent to its removal.  *See id.* at (b)(2)(A).  Venue is proper in the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441(a) because the Maricopa County Superior Court is located within the United States District of Arizona.

The State Court Action may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds the sum of $75,000.  *See* 28 U.S.C. § 1332(a); Exhibit 8 (Stipulation).  Plaintiff is a resident of and domiciled in Gilbert, Arizona.  *See* Exhibit 3 (Complaint), ¶ 1.  She is, therefore, a citizen of Arizona for diversity jurisdiction purposes.  *See Snyder v. HSBC Bank, USA, N.A.*, 873 F. Supp. 2d 1139, 1146 (D. Ariz. 2012) ("A natural person is a citizen of a particular state if they are a citizen of the United States and domiciled within that state." (internal quotations omitted)).  CL Sales is a Delaware corporation with its principal place of business in Monroe, Louisiana.  CL Sales is a citizen of Delaware and Louisiana for purposes of diversity jurisdiction.  *See* 28 U.S.C. § 1332(c).  CL Communications' sole member is CenturyLink, Inc.  CenturyLink, Inc. is a Louisiana corporation with its principal place of business in Monroe, Louisiana.  Accordingly, CL Communications is a citizen of Louisiana for purposes of diversity jurisdiction.  *See id.*; *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n LLC is a citizen of every state of which its owners/members are citizens.").  Based on the foregoing, complete diversity exists between Plaintiff and Defendants.  *See* 28 U.S.C. §§ 1332(a), 1441(b).

In accordance with 28 U.S.C. § 1446(a) and LRCiv. 3.6(b), undersigned counsel hereby verifies under penalty of perjury that Exhibits 1 through 9 attached hereto are true

---

[1] Plaintiff erroneously listed CL Communications and CL Sales as trade names of CenturyLink, Inc.  According to public records on the Arizona Corporation Commission's website, CL Communications and CL Sales are separate entities, each with the registered statutory agent of CT Corporation System located at 3800 North Central Avenue, Suite 460, Phoenix, Arizona 85012.  CenturyLink, Inc. does not have a registered agent in Arizona and has not been served.

and complete copies of all pleadings and other documents filed in the State Court Action. The following Exhibits are attached to this Notice:

Exhibit 1.     Copy of the Summons;

Exhibit 2.     Copy of the Civil Cover Sheet;

Exhibit 3.     Copy of the Complaint;

Exhibit 4.     Copy of the Certificate of Compulsory Arbitration

Exhibit 5.     Affidavit of Service of CL Communications;

Exhibit 6.     Affidavit of Service of CL Sales;

Exhibit 7.     Stipulation to Extend Time for Defendants to Answer or Otherwise Respond[2]

Exhibit 8.     Stipulation to Agree that the Amount in Controversy Exceeds $75,000

Counsel for Defendants hereby certifies pursuant to 28 U.S.C. § 1446(a) and LRCiv. 3.6(a) that this Notice of Removal filed on behalf of Defendants is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Counsel for Defendants further certifies pursuant to LRCiv. 3.6(a) that a Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit 9, has been filed with the Clerk of the Maricopa County Superior Court on behalf of Defendants.

Based on the foregoing, the State Court Action is properly removed to this Court.

RESPECTFULLY SUBMITTED this 14th day of July, 2017.

**SHERMAN & HOWARD L.L.C.**

By:     */s/John Alan Doran*
          John Alan Doran
          Lori Wright Keffer
          Lindsay H. S. Hesketh
          7033 East Greenway Parkway, Suite 250
          Scottsdale, Arizona 85254
          *Attorneys for Defendants*

---

[2] As of July 14, 2017, a corresponding order had not yet been entered in the State Court Action.

## CERTIFICATE OF SERVICE

ORIGINAL electronically filed
this 14th day of July 2017:

COPY of the foregoing e-mailed and mailed
this 14th day of July 2017 to:

William A. Richards
Leslie Ross
Austin J. Miller
Baskin Richards PLC
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012
brichards@baskinrichards.com
lross@baskinrichards.com
amiller@baskinrichards.com
*Attorneys for Plaintiff*


*/s/Lori Hinkel*

Timeout in 30 min | User: **jdoran1**     Home     Your Profile    Quit     Support

    

## Your Payment was Successful

| | | | |
|---|---|---|---|
| Form Set | 2268199 | Case # | CV2017-008928 |
| Keyword/Matter # | 1907-027221.031 | Status | Filing Pending |
| Service | e-File | Payment Amount | $ 6.70 |
| Filing Type | General Civil - Superior Court | Location | Maricopa - Superior Court |

Payment Transaction # **826054732202805033**

[ VIEW PAYMENT RECEIPT ]    [ VIEW FORM SET ]

ver. 10.16.2-s19

Copyright © 2017 Intresys, Inc.



**Hinkel, LoriAnn**

| | |
|---|---|
| **From:** | TurboCourt Customer Service <CustomerService@TurboCourt.com> |
| **Sent:** | Friday, July 14, 2017 1:32 PM |
| **To:** | efiling; McCue, Roxie; Hinkel, LoriAnn |
| **Subject:** | AZTurboCourt E-Filing Courtesy Notification |

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #2268199 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2017-008928 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Heiser Vs. Centurylink Inc
Filed By: John A Doran
AZTurboCourt Form Set: #2268199
Keyword/Matter #: 1907-027221.031
Delivery Date and Time: Jul 14, 2017 1:31 PM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)


Attached Documents:
Notice of Removal to Federal Court: Notice of Filing of Notice of Removal
Exhibit/Attachment (Supporting): Exhibit A