# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| HEIDI HEISER, an individual, for herself and as representative of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., doing business in Arizona as CENTURYLINK COMMUNICATIONS, LLC and CENTURYLINK SALES SOLUTIONS, INC.; GREEN AND WHITE CORPORATIONS I-X; JOHN AND JANE DOES I-XX, individuals,<br><br>Defendants. | **Case No. CV17-2333-PHX DGC**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation of Dismissal with Prejudice. Doc. 15.

**IT IS ORDERED** that the stipulation of dismissal with prejudice (Doc. 15) is **granted.** All claims by Plaintiff against Defendants are dismissed with prejudice , each party to bear its own attorneys' fees and costs.

Dated this 29th day of January, 2018.

_____
David G. Campbell
United States District Judge